UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPANA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROAD RUNNER TOW, et al.,<br><br>    Defendants. | No. 2:19-cv-00475-JAM-KJN PS<br><br><br>ORDER<br><br>(ECF No. 19) |

Presently pending before the court is pro se plaintiff's fourth motion to appoint counsel, filed on November 21, 2019. (ECF No. 19.) Plaintiff is requesting counsel appear on his behalf at a status conference that was scheduled for December 5, 2019. (Id.) The court vacated the December 5th hearing in its prior order, dated November 21, 2019. (ECF No. 18.) Presumably, plaintiff did not receive the court's order prior to filing the present motion. Therefore, plaintiff's request for counsel to appear at the December 5, 2019 hearing is moot. To the extent plaintiff is requesting counsel be appointed for the remainder of the proceedings his request is denied based on the rationale contained in the court's prior order. (ECF No. 18.)

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to appoint counsel (ECF No. 19) is DENIED.

Dated: December 5, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/espana.475.order mot app