UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPANA,<br><br>Plaintiff,<br><br>v.<br><br>ROAD RUNNER TOW, et al.,<br><br>Defendants. | No. 2:19-cv-00475-JAM-KJN PS<br><br><br><br>ORDER<br><br>(ECF No. 29) |

Presently pending before the court is pro se plaintiff's fifth motion to appoint counsel and requesting the status of defendant Fairfield Police Department. (ECF No. 29.) Plaintiff's motion to appoint counsel is denied for the reasons set forth in this court's prior order. (ECF No. 18.) Regarding the status of defendant Fairfield Police Department, plaintiff is instructed to refer to defendant's waiver of service (ECF No. 26), and the deadlines contained therein.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to appoint counsel (ECF No. 29) is DENIED.

Dated: January 21, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/espana.475.order mot app

1