UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPANA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROAD RUNNER TOW, et al.,<br><br>　　　　　　Defendants. | No. 2:19-cv-00475-JAM-KJN PS<br><br>ORDER |

　　　　On May 5, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

　　　　Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

　　　　The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

////

////

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed May 5, 2020, are ADOPTED.

2. The action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to close this case.

DATED: June 29, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE